# United States District Court
## Northern District of Illinois – CM/ECF NextGen 1.6.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:22−cv−04847

| | |
|---|---|
| Margulis v. Zillow Group, Inc. | Date Filed: 09/08/2022 |
| Assigned to: Honorable Edmond E. Chang | Date Terminated: 12/05/2022 |
| Demand: $9,999,000 | Jury Demand: Plaintiff |
| Cause: Civil Miscellaneous Case | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Ryan Margulis**<br>*individually and on behalf of all others similarly situated* | represented by | **Jonathan Marc Jagher**<br>Freed Kanner London & Millen Llc<br>923 Fayette Street<br>Conshohocken, PA 19428<br>United Sta<br>(610) 234−6486<br>Email: jjagher@fklmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Zillow Group, Inc.** | represented by | **David T Cellitti**<br>Buchanan Ingersoll & Rooney PC<br>401 E. Jackson Street, Suite 2400<br>Tempa, FL 33602−5236<br>(813) 222−1137<br>Email: david.cellitti@bipc.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2022 | Ï 1 | COMPLAINT filed by Ryan Margulis; Jury Demand. Filing fee $ 402, receipt number AILNDC−19820397.(Jagher, Jonathan) (Entered: 09/08/2022) |
| 09/08/2022 | Ï 2 | CIVIL Cover Sheet (Jagher, Jonathan) (Entered: 09/08/2022) |
| 09/08/2022 | Ï | CASE ASSIGNED to the Honorable Edmond E. Chang. Designated as Magistrate Judge the Honorable Gabriel A. Fuentes. Case assignment: Random assignment. (smb, ) (Entered: 09/08/2022) |
| 09/08/2022 | Ï | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post−trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (smb, ) (Entered: |

| | | |
|---|---|---|
| | | 09/08/2022) |
| 09/08/2022 | Ï 3 | ATTORNEY Appearance for Plaintiff Ryan Margulis by Jonathan Marc Jagher (Jagher, Jonathan) (Entered: 09/08/2022) |
| 09/26/2022 | Ï 4 | MINUTE entry before the Honorable Edmond E. Chang: Initial tracking status hearing set for 11/04/2022 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Instead, the Court will set the case schedule after reviewing the written status report. The parties must file a joint initial status report with the content described in the attached status report requirements by 10/27/2022. Plaintiff must still file the report even if Defendant has not responded to requests to craft a joint report. If Defendant has not been served, then Plaintiff must complete the part of the report on the progress of service. Also, counsel (or the parties, if proceeding pro se) must carefully review Judge Chang's Case Management Procedures, available online at ilnd.uscourts.gov (navigate to Judges / District Judges / Judge Edmond E. Chang). Because the Procedures are occasionally revised, counsel (or the party, if proceeding pro se) must read them anew even if the counsel or the party has appeared before Judge Chang in other cases. Emailed notice (Attachments: # 1 Status Report Requirements) (mw, ) (Entered: 09/26/2022) |
| 09/28/2022 | Ï | SUMMONS Issued as to Defendant Zillow Group, Inc. (ey, ) (Entered: 09/28/2022) |
| 09/29/2022 | Ï 5 | WAIVER OF SERVICE returned executed by Ryan Margulis. Zillow Group, Inc. waiver sent on 9/28/2022, answer due 11/28/2022. (Jagher, Jonathan) (Entered: 09/29/2022) |
| 10/05/2022 | Ï 6 | MINUTE entry before the Honorable Edmond E. Chang: Given the answer deadline of 11/28/2022, R. 5, the tracking status hearing of 11/04/2022 is reset to 12/16/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the joint initial status report by 12/08/2022. Emailed notice (mw, ) (Entered: 10/05/2022) |
| 10/20/2022 | Ï 7 | ATTORNEY Appearance for Defendant Zillow Group, Inc. by David T Cellitti (Cellitti, David) (Entered: 10/20/2022) |
| 10/20/2022 | Ï 8 | NOTICE by Zillow Group, Inc. *of Filing Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings* (Attachments: # 1 Exhibit A: Motion to Transfer)(Cellitti, David) (Entered: 10/20/2022) |
| 10/25/2022 | Ï 9 | MOTION to transfer actions pursuant to 28 U.S.C. 1407 for coordinated or consolidated pretrial proceedings by Zillow Group, Inc. (Attachments: # 1 Exhibit Zillow Group, Inc's brief in support of motion to transfer actions pursuant to 28 U.S.C. 1407 for coordinated or consolidated pretrial proceedings, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7) (jn, ) (Entered: 10/25/2022) |
| 10/26/2022 | Ï 10 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Zillow Group, Inc. (Cellitti, David) (Entered: 10/26/2022) |
| 11/04/2022 | Ï 11 | MOTION by Defendant Zillow Group, Inc. to stay *Agreed Motion to Stay the Action Pending Likely Transfer by the Judicial Panel on Multidistrict Litigation* (Cellitti, David) (Entered: 11/04/2022) |
| 11/15/2022 | Ï 12 | ORDER DEEMING MOTION WITHDRAWN: Before the Panel is a motion by defendant Zillow Group, Inc. filed pursuant to 28 U.S.C. § 1407. In its motion, defendant seeks centralization of the actions on the attached schedule in the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw his Section 1407 motion. No responding party has opposed the withdrawal. IT IS THEREFORE ORDERED that defendant's motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN. (ph, ) (Entered: 11/16/2022) |
| 11/16/2022 | Ï 13 | MOTION by Defendant Zillow Group, Inc. to transfer case *[JOINT MOTION TO TRANSFER ACTION PURSUANT TO 28 U.S.C. § 1404(a)]* (Cellitti, David) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 12/05/2022 | 14 | MINUTE entry before the Honorable Edmond E. Chang: The joint motion 13 to transfer the case to the Western District of Washington is granted in light of the parties' agreement to transfer cases there under 28 U.S.C. 1404(a) rather than through the MDL mechanism. Subject matter jurisdiction does appear to be proper there. The Court notes that it has not otherwise engaged in an independent Section 1404(a) analysis, so if the assigned judge in the Western District has not agreed to these transfers, then the Court of course will accept a return transfer for fuller analysis. The motion 11 to stay is terminated as moot. The tracking status hearing of 12/16/2022 is vacated. The Clerk's Office shall forthwith transfer the case to the Western District of Washington, Seattle Division. Emailed notice (mw, ) (Entered: 12/05/2022) |
| 12/05/2022 | 15 | TRANSFERRED to the USDC Western District of Washington the electronic record. (kl, ) (Entered: 12/05/2022) |