UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN MARGULIS,<br><br>          Plaintiff,<br><br>    v.<br><br>ZILLOW GROUP, INC.,<br><br>          Defendant. | CASE NO. C22-1736JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In their joint motion to transfer this action to the Western District of Washington, the parties "agreed that, upon transfer of [the related Zillow "session replay" software class actions] to the Western District of Washington, they will propose an agreed-upon schedule for consolidation and a Fed. R. Civ. P. 23(g) appointment of putative class counsel." (Transfer Mot. (Dkt. # 13) ¶ 4.) Although this case was transferred to the Western District of Washington on December 7, 2022, the parties have not yet moved to

MINUTE ORDER - 1

consolidate this case with the related Zillow "session replay" software class actions pending before the Honorable James L. Robart. (*See generally* Dkt.); *see also Kauffman v. Zillow Group, Inc.*, No. C22-1694JLR (W.D. Wash.); *Perkins v. Zillow Group, Inc.*, No. C22-1282JLR (W.D. Wash.); *Conlisk v. Zillow Group, Inc.*, No. C22-1698JLR (W.D. Wash.); *Strelzin v. Zillow Group, Inc.*, No. C22-1695JLR (W.D. Wash.); *Huber v. Zillow Group, Inc.*, No. C22-1699JLR (W.D. Wash.); *Adams v. Zillow Group, Inc.*, No. C22-1737JLR (W.D. Wash.); *Popa v. Zillow Group, Inc.*, No. C22-1696JLR (W.D. Wash.).

Accordingly, the court ORDERS the parties to file a joint status report by January 27, 2023, informing the court as to when the parties intend to move for consolidation of these Zillow class actions and appointment of interim class counsel.

Filed and entered this 17th day of January, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk